UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22678-CIV-JORDAN/MCALILEY

YAHOO! INC.,

        Plaintiff,

v.

BELGIUMDOMAINS, LLC,
CAPITOLDOMAINS, LLC,
DOMAINDOORMAN, LLC, NETRIAN
VENTURES, LTD.,
IHOLDINGS.COM, INC., JUAN PABLO
VAZQUEZ a/k/a JP VAZQUEZ, an individual;
and DOES 1-10,

        Defendants.
_____/

### ORDER GRANTING RENEWED MOTION FOR LIMITED APPEARANCE OF JOEL R. DICHTER; CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Renewed Motion for Limited Appearance of Joel R. Dichter and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Joel R. Dichter in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Renewed Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Joel R. Dichter is granted to appear and participate in this action on behalf of BELGIUMDOMAINS, LLC, CAPITOLDOMAINS,

{M2658789;1}

7

LLC, DOMAINDOORMAN, LLC, NETRIAN VENTURES LTD., and IHOLDINGS.COM, INC.

The Clerk shall provide electronic notification of all electronic filings to jdichter@newmandichter.com, diana@newmanlaw.com, and docketing@newmanlaw.com.

DONE AND ORDERED in Chambers at Miami, Florida this \_\_\_17th\_\_\_ day of March, 2008.

_____
United States District Judge

Copies furnished to:
All Counsel of Record