UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22678-CIV-JORDAN

| | |
|---|---|
| YAHOO, INC., | ) |
|     Plaintiff | ) |
| vs. | ) |
| BELGIUMDOMAINS, L.L.C., *et al.* | ) |
|     Defendants | ) |

### ORDER

    Mr. Chris Carver, counsel for defendants, notified chambers via telephone on June 25, 2008 that this case had settled and that it would take a considerable amount of time to file the stipulation of settlement.  As of today, however, no stipulation has been filed.  Accordingly, by September 24, 2008, the parties shall file a stipulation of dismissal.

    Furthermore, the two motions to dismiss the amended complaint [D.E. 55, 56] are DENIED AS MOOT.

    DONE and ORDERED in chambers in Miami, Florida, this 11th day of September, 2008.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record