UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22678-CIV-JORDAN

| | |
|---|---|
| YAHOO! INC., | ) |
|     Plaintiff | ) ) |
| vs. | ) |
| BELGIUMDOMAINS, LLC, et al., | ) ) |
|     Defendants | ) |
| _____ | ) |

**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS AND CLOSING CASE**

The plaintiffs and the defendants have stipulated to the entry of this order to stay the proceedings in this case. The Court having consider the stipulation [D.E. 107], being duly advised in the premises, and further finding good cause for granting this Stipulated Order, it is hereby

ORDERED AND ADJUDGED that the Stipulated Motion is GRANTED and the Stipulation is incorporated herein. As a result, all calendared dates in both cases are vacated, and all proceedings are stayed, until further order of the Court. The Clerk shall close the case for administrative purposes only. Any motion to reopen this case must be filed by no later than January 15, 2009.

DONE and ORDERED in chambers in Miami, Florida, this 2nd day of October, 2008.

_____
Adalberto Jordán
United States District Judge

Copy to:	All counsel of record